**Monica L. Bermudez**
Attorney at Law, SBN 275434
1670 "M" Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675

Attorney for:
MARCUS TATUM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS TATUM,<br><br>Defendants. | Case No. 1:20-CR-00255-ADA-BAM<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT TATUM'S CONDITION OF RELEASE 6** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND BRITTANY GUNTER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARCUS TATUM, by and through his attorney of record, MONICA L. BERMUDEZ, and at the request of Pretrial Services, hereby moves that the court to modify condition 6, which currently reads: "The defendant is placed in the custody of Barbara Ann Swedblom who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears."

Mr. Tatum has been under Pretrial Services supervision for approximately two years without incident. His third-party custodian, Barbara Ann Swedblom recently passed away. The

parties stipulate that Dawn Ranae Moore, Mr. Tatum's mother, who is willing to serve as Mr. Tatum's third-party custodian and has been advised of requirements, the consequences of not reporting violation conduct, and responsibilities of serving as a third-party custodian, and stated that she is willing to accept the responsibility, be added as Mr. Tatum's third-party custodian. All remaining conditions of Mr. Tatum's release should remain in effect. AUSA Brittany Gunter and Pretrial Services Officer Frank Guerrero are aware of the request and have no objection.

**IT IS SO STIPULATED.**

DATED: September 7, 2023

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Marcus Tatum

DATED: September 7, 2023

*/s/ Brittany Gunter*
Brittany Gunter
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that Marcus Tatum's third-party custodian be replaced by Dawn Ranae Moore under condition 6. Mr. Tatum must abide by all remaining conditions of his release.

Date: 9/8/2023

*Sheila K. Oberto*
United States Magistrate Judge

2