PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS JAMES TATUM, <br><br> Defendant. | CASE NO. 1:20-CR-00255-NODJ-BAM <br><br> PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between the United States of America and defendant Marcus James Tatum, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a), defendant Marcus James Tatum's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Toshiba laptop computer, serial number ZB207621Q with charging cable, and

   b. Cellular phones, SD cards, compact discs, DVDs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct.

2. The above-listed property constitutes property that contains visual depictions produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252(a)(2); and is property that was used or intended to be used to commit and to promote the commission of the aforementioned violation.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation, in their secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a) in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **January 3, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE