MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Marcus James Tatum

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00255-NODJ-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING FINDINGS AND ORDER |
| v. | |
| MARCUS JAMES TATUM, | DATE:  May 13, 2024<br>TIME:  8:30 A.M. |
| Defendants. | JUDGE: TBD |

**STIPULATION**

COMES NOW, Defendant, MARCUS JAMES TATUM, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter is set for sentencing on March 27, 2024, at 8:30 a.m., Courtroom 5.

2. By this stipulation, defendant now moves to vacate the sentencing hearing until **May 13, 2024, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the court find the following:

1

a. This matter was originally set for sentencing on April 1, 2024, at 11:00 a.m. before District Judge Charles Breyer.

b. On March 12, 2024, the District Court issued a minute order (Doc. 51) advancing the court date to March 27, 2024, at 8:30 a.m. due to the unavailability of the court.

c. Counsel for Mr. Tatum will be out of the country and unavailable to appear on the set date.

d. Moreover, counsel is in the process of gathering information for the preparation and filing of a sentencing memorandum.

4. As this is a sentencing hearing. No exclusion of time is necessary.

**IT IS SO STIPULATED**.


DATED: March 14, 2024

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Counsel for Defendant
MARCUS JAMES TATUM

DATED: March 14, 2024

*/s/Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney

2

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from March 27, 2024, to **May 13, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** .

IT IS SO ORDERED.

Dated:   **March 14, 2024**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

3