PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00255-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: May 15, 2024 |
| MARCUS JAMES TATUM, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Linda Lopez |

The United States of America, by and through its counsel of record, and defendant Marcus James Tatum, by and through defendant's counsel of record, Monica Bermudez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 13, 2024. ECF 55.

2. On May 2, 2024, the Court informed the parties that the sentencing hearing was reset to May 15, 2024, at 10:00am. ECF 56.

3. The defendant's counsel is not available for the sentencing hearing as reset by the Court.

4. The parties conferred and are available for sentencing on July 29, 2024. The parties also confirmed with the courtroom deputies that this date is available for sentencing.

5. Accordingly, the parties stipulate to continue the defendant's sentencing hearing from May 15, 2024, to July 29, 2024.

///

///

STIPULATION TO CONTINUE SENTENCING; ORDER       1

6. An exclusion of time is not necessary as the defendant previously entered a guilty plea.

IT IS SO STIPULATED.

Dated: May 3, 2024    PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: May 3, 2024    /s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from May 15, 2024, to **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 3, 2024**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE