Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
Facsimile: 661-322-7675

Attorney for Defendant Marcus Tatum

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS TATUM,<br><br>Defendant. | No. 1:20-cr-00255-TLN<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD; ORDER** |

On December 17, 2020, Defendant Marcus Tatum was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as counsel to represent Mr. Tatum in his criminal case on May 28, 2021. Mr. Tatum was sentenced pursuant to a plea agreement on July 29, 2024. The time for filing a direct appeal was August 11, 2024, and no direct appeal was filed. Mr. Tatum was not in custody at sentencing. Mr. Tatum's criminal case has now therefore come to an end. Having completed her representation of Mr. Tatum, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Tatum require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330,

Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 08/13/2024

Respectfully submitted,

*/s/ Monica L. Bermudez*
Monica L. Bermudez,
Attorney for Defendant
Marcus Tatum

**ORDER**

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which he was appointed, the Court hereby grants attorney Monica L. Bermudez' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Marcus Tatum at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Taft CCF
330 Commerce way
Taft, CA 93268

**IT IS SO ORDERED.**

Dated: August 12, 2024

Troy L. Nunley
United States District Judge