PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:20-CR-00255-TLN-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MARCUS JAMES TATUM, | |
| Defendant. | |

On January 3, 2024, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and Marcus James Tatum, forfeiting to the United States the following property:

    a. Toshiba laptop computer, serial number ZB207621Q with charging cable, and
    b. Cellular phones, SD cards, compact discs, DVDs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct.

Beginning on January 9, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a. Leslie Ann Sills: On January 8, 2024, a notice letter was sent via certified mail to Leslie Ann Sills, 14035 Rosedale Highway Apt. 154, Bakersfield, CA 93314. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on January 10, 2024.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Marcus James Tatum and Leslie Ann Sills:

    a. Toshiba laptop computer, serial number ZB207621Q with charging cable, and
    b. Cellular phones, SD cards, compact discs, DVDs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 13th day of December, 2024.

_____
Troy L. Nunley
Chief United States District Judge